## SUPERIOR COURT.

### VENCE agt. SPEIR.

### SAME agt. SAME.

*Witnesses*, who attend the trial by request (without subpœna), in *two causes*, are entitled to the full allowance of fees in *each case*, though the parties may be the same.

*New-York Special Term, December*, 1859.

SLOSSON, Justice. Witnesses, who come from a distance at the request of parties, without subpœna, are entitled to the allowance for travelling expenses, and to the per-diem allow-ance provided by statute; but the per-diem allowance is to be restricted to the days during which the case is actually on the day calendar of the court sitting for trials, and actually in ses-sion, and the witnesses are in attendance. If they attend on the like request in two causes, they are entitled to the full allowance in each case, though the parties may be same. (19 *Wendell*, 82; 12 *How.* 446; 4 *Sand.* 719; 16 *How.* 306; 2 *R. S., 5th ed.*, 922, § 24.)

Referred back to the clerk for retaxation.